UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: **00-6074**

8 U.S.C. §§ 1326(a), (b)(2)

CR - DIMITROULEAS

MAGISTRATE JUDGE SNOW

FILED by _____ D.C.

MAR 23 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

v.

SMITH DELIEN, a/k/a
Gregory Seymour, a/k/a Mike Seymour

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 15, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SMITH DELIEN, a/k/a Gregory Seymour, a/k/a Mike Seymour,**

an alien, having been previously deported from the United States to the Bahamas on or about August 21, 1999, was found in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

SMITH DELIEN _____

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)        Yes ___    No ___
Number of New Defendants        ___
Total number of counts        ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       _X_        Petty       ___
   II   6 to 10 days      ___        Minor       ___
   III  11 to 20 days     ___        Misdem.     ___
   IV   21 to 60 days     ___        Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _March 15, 2000 (Krome Detention Center)_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

_[signature]_
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
Court Id No. A5500407

*Penalty Sheet(s) attached                                       REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**PENALTY SHEET**

Defendant's Name:  Smith Delien

**Count #I: 8 U.S.C. §§ 1326(a),(b)(2)**

Illegal Reentry after deportation

*Max. Penalty: Twenty years' imprisonment; $250,000 fine

**Count #II:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96