AO 442 (Rev. 5/93) Warrant for Arrest                                   AUSA Matthew Menchel

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SMITH DELIEN, a/k/a GREGORY SEYMOUR,
a/k/a MIKE SEYMOUR

**WARRANT FOR ARREST**

CASE NUMBER: CR-DIMITROULEAS 00-6074

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ SMITH DELIEN a/k/a GREGORY SEYMOUR
MAGISTRATE JUDGE SNOW
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
illegally re-entered the United States after being deported.

in violation of Title ___ 8 ___ United States Code, Section(s) 1326(a),(b)(2)

LURANA S. SNOW                                                         UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                                 Title of Issuing Officer

_(signature)_                                                           3-23-00 Ft Lauderdale, FL
Signature of Issuing Officer                                            Date and Location

Bail fixed at $ _Pretrial Detention requested_  by _Lurana S. Snow_
                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.