AO 442 (Rev. 5/93) Warrant for Arrest                    AUSA Matthew Menchel  462371

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SMITH DELIEN, a/k/a GREGORY SEYMOUR,
a/k/a MIKE SEYMOUR

**WARRANT FOR ARREST**

CASE NUMBER: CR-DIMITROULEAS 00-6074

To: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest  SMITH DELIEN a/k/a GREGORY SEYMOUR
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
illegally re-entered the United States after being deported.

in violation of Title  8  United States Code, Section(s)  1326(a),(b)(2)

LURANA S. SNOW                                UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    3-23-00 Ft Lauderdale, FL
Signature of Issuing Officer                   Date and Location

Bail fixed at $ Pretrial Detention Requested  by  Lurana S. Snow
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Ft. Lauderdale, FL |

| DATE RECEIVED 3/23/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/28/2000 | FOR INS | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.