UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55249-004

UNITED STATES OF AMERICA )
         Plaintiff ) Case Number: CR 00-6074-CR-Dimi
          ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
DELIEN, Smith )
         Defendant )

FILED by __ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 03/28/00  0730 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Agg Felon, Re-entry after Deport.

(4) U.S. Citizen [ ] Yes [✓] No [ ] Unknown

(5) Date of Birth: 08/29/76

(6) Type of Charging Document: (check one)
[✓] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: S/D FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who Set Bond: _____

(7) Remarks: _____

(8) Date: 03/28/00  (9) Arresting Officer: SA Dale FIGUETTE
(10) Agency: INS  (11) Phone: cell 786-412-9372
(12) Comments: