**COURT MINUTES**

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: SMITH DELIEN ~~(J)~~          CASE NO: 00-6074-CR-DIMITROLEAUS

AUSA: Matthew Menchel /*Bardfeld* ATTY: *Bernardo Lopez*

AGENT: _____ VIOL: _____

PROCEEDING I/A Indictment          RECOMMENDED BOND _____

BOND HEARING HELD – yes/no          COUNSEL APPOINTED _____ FPD

BOND SET @ 100,000 CSB w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

_Advised of charges – sworn for appt'mt of counsel_

_Stipulated bond set w/ gov't reserving the right to request PTD should deft seek to post or reduce the bond._

| NEXT COURT APPEARANCE: | INQUIRY RE COUNSEL: | |
|---|---|---|
| | | Reading of Indictment Waived |
| | PTD/BOND HRG: | Not Guilty plea entered |
| | | Jury trial demanded |
| | PRELIM/ARRAIGN: | Standing Discovery Order requested |
| | REMOVAL HRG: | |
| | STATUS CONF: | 4-11    11    BSS |

Date: March 28, 2000 Time 11:00 a.m. TAPE #00- 017 Begin 1965 End 2211

FTL/LSS