```
                                    UNITED STATES DISTRICT COURT

                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6074-CR-DIMITROULEAS
UNITED STATES OF AMERICA

       vs

SMITH DELIEN                        ARRAIGNMENT INFORMATION SHEET
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _Custody_____

                              _____

                     Telephone: _____

DEFENSE COUNSEL:     Name: _FPD_____

                     Address: _____

                              _____

                     Telephone: _____

BOND/SET/CONTINUED:  $_100,000 CSB w/Nebbia_____

Bond hearing held:  yes_____  no _X_  Bond hearing set for_____

Dated this _28TH_ day of _MARCH_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Jenny Butler_____
                                        Deputy Clerk
                                    Tape No. ____00- 017_____

cc: Copy for Judge
    U. S. Attorney

