UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6074-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

    v.  :

SMITH DELIEN,  :

    Defendant.  :

_____  :

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
  Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 20th day of March, 2000, to the office of the United States Attorney, Fort Lauderdale, Florida.

_____
Patrick M. Hunt