UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6074-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

SMITH DELIEN,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 11, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require one day to try.

2.    Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this _____ day of April 2000.

                                                  BARRY S. SELTZER
                                                United States Magistrate Judge



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Matthew Menchel, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant