# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _NC_ D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6074-CR-WPD   DATE: April 28, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Smith Delien

U.S. ATTORNEY: Matt Menchel   DEFT. COUNSEL: Patrick Hunt, AFPD

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's M/Continue is Granted. Court resets trial period. The time from today until trial is deemed excludable

JUDGMENT: _____

CASE CONTINUED TO: 5/5/00   TIME: 9:00   FOR: Cal Call
MISC: 5/8/00   5:00   trial period

