# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6074-CR-WPD   DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Smith Deuien

U.S. ATTORNEY: Matthew Menchel   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Change of plea.
Deft sworn and questioned by Court.
Deft to plead guilty to Count 1
Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 7/14/00   TIME: 10:30   FOR: Sentencing
MISC: Written plea agreement filed.

