U.S. Department of Justice
Immigration and Naturalization Service

**Notice to Alien Ordered Removed/Departure Verification**

File No: A76 998 100

Date: 8/16/1999

Alien's full name: DELIEN, Smith    aka SEYMOUR, Gregory

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States:

- ☐ for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act .

- ☐ for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

- ☐ for a period of 20 years from the date of your departure from the United States as a consequence of your having been found inadmissible and of your having been previously excluded, deported, or removed from the United States.

- ☒ at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Attorney General to reapply for admission into the United States. You must obtain such permission prior to commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service.

WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

Daniel A. Bell
(Signature of officer serving warning)

Deportation Officer
(Title of officer)

Miami, FL
(Location of INS office)

**Verification of Removal**
(Complete this section for file copy only)

Departure date: 8/21/99
Port of departure: Mia
Manner of departure: AA 5773

Signature of verifying officer

Title of officer: DEO

w/ FR STANDARDS DATED 3-15-00 FD-249
form 3-16-00 sub

Right index fingerprint of alien removed

00009

Photograph of alien removed

X (Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

Form I-296 (Rev. 6-1-...)