**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6074-CR-WPD   DATE: 7/14/00

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Smith Delien (J)

U.S. ATTORNEY: Matthew Menchel  Debra Stewart    DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 57 months BOP as to Count 1; 3 yrs supervised release + $100 special Assessment

JUDGMENT: _____

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: _____

