UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO: 00-6074-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

SMITH DELIEN,
        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Smith Delien, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 17th day of July, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By: _____

Patrick M. Hunt
Assistant Federal Public Defender
Florida Bar No. 571962
101 Northeast Third Avenue, Suite 202
Ft. Lauderdale, Florida 33301-1100
Telephone: (954) 356-7436

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 21st day of July, 2000, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____

KMW99.1