```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO. 00-6074-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
SMITH DELIEN,                )
                             )  Fort Lauderdale, Florida
              Defendant.     )  May 5, 2000
_____)  9:11 a.m.

               TRANSCRIPT OF PLEA OF GUILTY

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS,

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         MATTHEW MENCHEL, ESQ.
                          Assistant U.S. Attorney


For the Defendant         PATRICK HUNT, ESQ.
                          Assistant Federal Public Defender



Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**