```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO. 00-6074-CR-WPD
                             )
             Plaintiff,      )
                             )
         -v-                 )
                             )
SMITH DELIEN,                )
                             )  Fort Lauderdale, Florida
             Defendant.      )  July 14, 2000
_____)  10:30 a.m.

                   TRANSCRIPT OF SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiff          DEBRA STUART, ESQ.
                           Assistant U.S. Attorney


For the Defendant          PATRICK HUNT, ESQ.
                           BERNARDO LOPEZ, ESQ.
                           Assistant Federal Public Defenders



Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657
```

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**