UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: August 28, 2000
Eleventh Judicial Circuit           USDC # 00-6074-CR-WPD
56 Forsyth Street                   USCA # 00-13824-G
Atlanta, Georgia    30303
```

IN RE: **USA v. Delien**

===============================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      __1__ Volume of Pleadings
      __2__ Volumes of Transcripts

     __X__ Exhibits:

         __1__ PSI (sealed)

                                       Sincerely,

            Clarence Maddox, Court Administrator/Clerk

                      By: _____
                                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
      Signature

```
                                                    LSS     CLOSED
                                                    APPEAL
                        U.S. District Court
                Southern District of Florida (FtLauderdale)

                CRIMINAL DOCKET FOR CASE #. 00-CR-6074-ALL

USA v. Delien                                       Filed: 03/23/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

SMITH DELIEN (1) , DOB 8/29/76    Patrick Michael Hunt
Prisoner #55249-004                 [term   07/14/00]
aka                               FTS 356-7556
Gregory Seymour                     [COR LD NTC pda]
aka                               Bernardo Lopez
Mike Seymour                        [term   03/30/00]
    defendant                       [COR LD NTC pda]
 [term   07/14/00]                Federal Public Defender's
                                  Office
                                  101 NE 3rd Avenue
                                  Suite 202
                                  Fort Lauderdale, FL 33301-1145
                                  954-356-7436


Pending Counts:                        Disposition

8:1326A.F REENTRY OF DEPORTED     Imprisonment 57 months;
ALIEN - FELONY                    Supervised Release 36 months;
(1)                               Assessment $100.00
                                  (1)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE
```

[Stamp: Certified to be a true and correct copy of the document on file / Clarence Maddox, Clerk / U.S. District Court / Southern District of Florida / By _____ Deputy Clerk / Date 8-28-00]

```
Docket as of August 28, 2000 8:36 am                Page 1
```

```
Proceedings include all events.                                    LSS
0:00cr6074-ALL USA v. Delien                                CLOSED APPEAL

SMITH DELIEN, also known as Gregory Seymour, also known as
Mike Seymour, DOB 8/29/76 Prisoner #55249-004

          defendant

==========================

USA

          plaintiff


U. S. Attorneys:

  Matthew Menchel
  Below Address Terminated on 7/20/00
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6074-ALL USA v. Delien                  Beg. vol. 1   CLOSED APPEAL
```

| Date | Doc# | Entry |
|---|---|---|
| 3/23/00 | 1 | INDICTMENT as to Smith Delien (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 03/23/00] |
| 3/23/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 03/23/00] |
| 3/23/00 | 2 | ARREST WARRANT issued as to Smith Delien . Warrant issued by Ch. Magistrate Judge Lurana S. Snow   Bail fixed at PTD Requested (dd) [Entry date 03/23/00] |
| 3/28/00 | 3 | STANDING DISCOVERY ORDER as to Smith Delien all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/28/00)  CCAP (ss) [Entry date 03/29/00] |
| 3/28/00 | 4 | ORDER SETTING STATUS CONFERENCE as to Smith Delien Status conference set for 11:00 4/11/00 before Magistrate Barry S. Seltzer (Signed by Ch. Magistrate Lurana S. Snow on 3/28/00) CCAP [EOD Date: 3/29/00] CCAP (ss) [Entry date 03/29/00] |
| 3/28/00 | -- | ARREST of Smith Delien (ss) [Entry date 03/29/00] |
| 3/28/00 | 7 | Minute of Initial Appearance on Indictment held on 3/28/00 before Ch. Magistrate Judge Lurana S. Snow as to Smith Delien; Status Conference 4/11/00 at 11:00; Court Reporter Name or Tape #: 00-017 @ 1965-2211 (ss) [Entry date 03/30/00] |
| 3/28/00 | -- | Initial appearance as to Smith Delien held (Defendant informed of rights.) (ss) [Entry date 03/30/00] |
| 3/28/00 | 8 | ORDER on Initial Appearance as to Smith Delien Bond set to $100,000 Corporate Surety w/Nebbia for Smith Delien. for Appointment of Public Defender, , (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/28/00) Tape # 00-017 CCAP (ss) [Entry date 03/30/00] |
| 3/28/00 | 9 | ARRAIGNMENT INFORMATION SHEET for Smith Delien (1) count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 03/30/00] |
| 3/29/00 | 5 | Arrest WARRANT Returned Executed as to Smith Delien on 3/28/00 (ss) [Entry date 03/29/00] |
| 3/29/00 | 6 | REPORT Commencing Criminal Action as to Smith Delien DOB: 8/29/76 Prisoner # 55249-004 (ss) [Entry date 03/29/00] |
| 3/30/00 | 10 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Smith Delien (ss) [Entry date 03/31/00] |

```
Proceedings include all events.                                    LSS
0:00cr6074-ALL USA v. Delien              Vol. 1 Cont. CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/30/00 | 11 | NOTICE of Assignment of Assistant Public Defender for Smith Delien. Terminated attorney Bernardo Lopez for Smith Delien AFPD Patrick Michael Hunt assigned. (ss) [Entry date 03/31/00] |
| 4/3/00 | 12 | NOTICE of Hearing as to Smith Delien: Set Jury trial for 9:00 5/5/00 for Smith Delien before Judge William P. Dimitrouleas, Set calendar call for 9:00 4/28/00 for Smith Delien before Judge William P. Dimitrouleas (ss) [Entry date 04/04/00] |
| 4/7/00 | 13 | RESPONSE to Standing Discovery Order by USA as to Smith Delien (ss) [Entry date 04/10/00] |
| 4/11/00 | 14 | Minute of Status Conference held on 4/11/00 before Magistrate Barry S. Seltzer as to Smith Delien; Court Reporter Name or Tape #: 00-024 @ 2733-2770 (ss) [Entry date 04/11/00] |
| 4/11/00 | -- | Status conference as to Smith Delien held (ss) [Entry date 04/11/00] |
| 4/12/00 | 15 | STATUS REPORT ORDER as to Smith Delien. (Signed by Magistrate Barry S. Seltzer on 4/12/00) CCAP [EOD Date: 4/12/00] CCAP (ss) [Entry date 04/12/00] |
| 4/28/00 | 16 | Minute of Calendar Call/Status Conference held on 4/28/00 before Judge William P. Dimitrouleas as to Smith Delien; Calendar Call 5/5/00 at 9:00; Trial Period 5/8/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/01/00] |
| 4/28/00 | -- | Status conference as to Smith Delien held (ss) [Entry date 05/01/00] |
| 4/28/00 | 17 | ORDER as to Smith Delien granting motion to continue: Reset Jury trial for 9:00 5/8/00 for Smith Delien before Judge William P. Dimitrouleas, Reset calendar call for 9:00 5/5/00 for Smith Delien before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 4/28/00) CCAP [EOD Date: 5/1/00] CCAP (ss) [Entry date 05/01/00] |
| 5/5/00 | 18 | Minute of Calendar Call/Status Conference/Change of Plea held on 5/5/00 before Judge William P. Dimitrouleas as to Smith Delien; GUILTY: Smith Delien (1) count(s) 1; Sentencing 7/14/00 at 10:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/05/00] |
| 5/5/00 | -- | Change of Plea Hearing as to Smith Delien held (ss) [Entry date 05/05/00] |
| 5/5/00 | 19 | Plea Agreement as to Smith Delien (ss) [Entry date 05/05/00] |

Docket as of August 28, 2000 8:36 am                    Page 4

```
Proceedings include all events.                                    LSS
0:00cr6074-ALL USA v. Delien                       Vol. 1 Cont. CLOSED APPEAL

5/5/00   (20)   NOTICE of Hearing as to Smith Delien: Setting Sentencing
                for 10:30 7/14/00 for Smith Delien before Judge William P.
                Dimitrouleas (ss) [Entry date 05/05/00]

7/12/00  (21)   OBJECTIONS by Smith Delien to Presentence Investigation
                Report (ss) [Entry date 07/13/00]

7/14/00  (22)   Exhibit list by USA as to Smith Delien (ss)
                [Entry date 07/17/00]

7/14/00  (23)   Minutes of Sentencing held on 7/14/00 before Judge William
                P. Dimitrouleas as to Smith Delien; Court Reporter Name or
                Tape #: Bob Ryckoff (ss) [Entry date 07/17/00]

7/14/00   --    Sentencing held Smith Delien (1) count(s) 1 (ss)
                [Entry date 07/17/00]

7/14/00  (24)   JUDGMENT as to Smith Delien (1) count(s) 1. Imprisonment 57
                months; Supervised Release 36 months; Assessment $100.00
                (Signed by Judge William P. Dimitrouleas on 7/14/00) CCAP
                [EOD Date: 7/17/00] CCAP (ss) [Entry date 07/17/00]

7/21/00  (25)   NOTICE OF APPEAL by Smith Delien re: [24-1] judgment order
                . EOD Date: 7/17/00; Smith Delien (1) count(s) 1; Filing
                Fee: $ NO FEE REQUIRED; Copies to USCA, AUSA, USM, USPO and
                Counsel of Record. (gf) [Entry date 07/21/00]

7/21/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Smith Delien [25-1] appeal (gf)
                [Entry date 07/21/00]

7/28/00  (26)   TRANSCRIPT INFORMATION FORM as to Smith Delien re: [25-1]
                appeal received. (Forwarded to Court Reporter Coordinator)
                (gf) [Entry date 08/02/00]

7/31/00   --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Smith Delien Re: [25-1] appeal  USCA Number: 00-13824-G (dl)
                [Entry date 08/01/00]

8/9/00    29    Appeal Information Sheet as to Smith Delien re: [25-1]
                appeal Transcript due 9/4/00 for Smith Delien (gf)
                [Entry date 08/11/00]

8/10/00   27    TRANSCRIPT filed as to Smith Delien of Plea of Guilty held
                5/5/00 before Judge William P. Dimitrouleas  Volume #: 1
                Pages: 1-23  re: [25-1] appeal . Appeal record due on
                8/25/00 for Smith Delien (gf) [Entry date 08/10/00]  Vol. 2

8/10/00   28    TRANSCRIPT filed as to Smith Delien of Sentencing Hearing
                held 7/14/00 before Judge William P. Dimitrouleas  Volume
                #: 1  Pages: 1-15  re: [25-1] appeal . Appeal record due on
                8/25/00 for Smith Delien (gf) [Entry date 08/10/00]  Vol. 3
```

```
Proceedings include all events.                                          LSS
0:00cr6074-ALL USA v. Delien                                  CLOSED APPEAL
```
Vol. 1 Cont.

| | | |
|---|---|---|
| 8/28/00 | 30 | Certificate of readiness transmitted to USCA as to Smith Delien re: [25-1] appeal by Smith Delien  USCA # 00-13824-G (dl) [Entry date 08/28/00] |

End, Vol. 1