# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA

V.

SMITH DELIEN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 0:00CR06074-001

Defendant's Attorney: Patrick Hunt, AFPD

**THE DEFENDANT:**

[x] pleaded guilty to count(s) __1 of the Indictment__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. §1326(a)(b)(2) | ILLEGAL REENTRY BY AN ALIEN | 03/15/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: NONE
Defendant's Date of Birth: 8/29/1976
Defendant's USM No.: 55249-004
Defendant's Residence Address: Nassau, Bahamas
Defendant's Mailing Address: Nassau, Bahamas

Date of Imposition of Judgment: 7/14/2000

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

Date: July 14, 2000

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2/14/02

-cr-06074-WPD — Document 31   Entered on FLSD Docket 09/05/2000
AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: SMITH DELIEN
CASE NUMBER: 00-6074-CR-WPD

Judgment – Page **2** of **6**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __57 months__.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8/22/2000__ to __FCI Yazoo City__
at __Yazoo City, MS__ with a certified copy of this judgment.

K. Yusuff, Warden
~~UNITED STATES MARSHAL~~

By: Llutich, LT
~~Deputy U.S. Marshal~~